AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

DEMOCRATIC PARTY OF GEORGIA

*Plaintiff(s)*

v.

BRIAN KEMP, CANDICE BROCE, DOES 1-10

*Defendant(s)*

Civil Action No. 1:20-cv-4495

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CANDICE BROCE Individually and In Her Official Capacity as Director of Communications/Chief Deputy Executive Counsel for the Office of the Governor and in Her Former Official Capacity as Spokesperson for the Secretary of State
c/o Office of the Governor
206 Washington Street
111 State Capitol
Atlanta, Georgia 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Manoj S. Varghese, Esq.
Bondurant, Mixson & Elmore LLP
1201 West Peachtree Street
Suite 3900
Atlanta, Georgia 30309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 11/04/2020

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*