# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEMOCRATIC PARTY OF GEORGIA ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| v. ) | 1:20-CV-04495-LMM |
| ) | |
| BRIAN KEMP, CANDICE BROCE, DOES ) | |
| 1-10, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and LR 41.1, NDGa, Plaintiff Democratic Party of Georgia ("Plaintiff"), before defendants have served either an answer or a motion for summary judgment, hereby files this dismissal, without prejudice, of all claims of Plaintiff against Defendants.

Respectfully submitted this 12th day of February, 2021.

*/s/ Manoj S. "Sachin" Varghese*
Manoj S. "Sachin" Varghese
Georgia Bar. No. 734668

#3165730v1

- 1 -

- 2 -

BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street NW, Suite 3900
Atlanta, GA 30309
(404) 881-4102
varghese@bmelaw.com

Gerald Weber
Georgia Bar No. 744878
LAW OFFICES OF GERRY WEBER, LLC
Post Office Box 5391
Atlanta, GA 31107
(404) 522-0507
wgerryweber@gmail.com

William Most, La. Bar. No. 36914
David Lanser, La. Bar No. 37764
LAW OFFICE OF WILLIAM MOST
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170
(504) 509-5053
williammost@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify on February 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record, including:

Holly A. Pierson
Pierson Law LLC
3127 Maple Drive, N.E.
Atlanta, GA  30305
hpierson@piersonlawllc.com

Charles E. Peeler
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, Suite 3000
Atlanta, GA  30308
Charles.peeler@troutman.com

Dated: February 12, 2021

>*/s/ Manoj S. "Sachin" Varghese*
>Manoj S. "Sachin" Varghese
>Georgia Bar. No. 734668

#3165730v1